UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No. 05-71088 |
| | : | |
| Ivana T. Fadis | : | S.S. No. xxx-xx-4917 |
| | : | |
| Debtor | : | Chapter 7, Judge Hoffman |

## NOTICE TO THE CLERK OF SMALL DIVIDENDS

TO THE CLERK OF COURT:

The attached check in the amount of $0.42 represents small dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 374(a). The name and address of the party entitled to these small dividends is as follows:

| Creditor Name & Address | Claim No. | Amount of Dividend |
|---|---|---|
| B-Line, LLC/Juniper Bank<br>2101 Fourth Avenue, Ste. 1030<br>Seattle, WA 98121 | 1 | $0.16 |
| Cashland<br>17 Triangle Park<br>Cincinnati, Ohio 45246 | 2 | $0.02 |
| Ecast Settlement Corporation<br>Assignee of POB 35480<br>Newark, NJ 07193 | 3 | $0.14 |
| Columbia Gas of Ohio Inc.<br>200 Civic Center Drive<br>11th<br>Columbus, Ohio 43215 | 4 | $0.10 |

Dated: June 15, 2010

/s/ Sara J. Daneman
Sara J. Daneman (0008254)
62 Mill Street
Gahanna, Ohio 43230
(614) 337-0960
Trustee

cc: U.S. Trustee